

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

05-127M-MPT

**Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause**

Offender: Lockett, Warren                    Docket Number: 02-Cr-916 (LAK)

Sentencing Judge: HONORABLE LEWIS KAPLAN, U.S. District Judge

Date of Original Sentence:     November 12, 2002

Original Offense:    CONSPIRACY TO STEAL GOVERNMENT PROPERTY

Original Sentence:   10 MONTHS IMPRISONMENT, THREE (3) YEARS SUPERVISED RELEASE, MENTAL HEALTH SPECIAL CONDITION. RESTITUTION IN THE AMOUNT OF $18,976.00

Type of Supervision:   Supervised Release     Date Supervision Commenced:    March 13, 2003

## PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following conditions of supervision:

Violation
Number      Nature of Noncompliance

1.   ON OR ABOUT JUNE 2, 2005, AND ANYTIME THEREAFTER, THE RELEASEE FAILED TO REPORT TO THE U.S. PROBATION OFFICER AS DIRECTED. CONDITION #2, GRADE C VIOLATION.

2.   ON OR ABOUT SEPTEMBER 9, 2004, AND ANYTIME THEREAFTER, THE RELEASEE FAILED TO MAKE A GOOD FAITH EFFORT TO PAY THE COURT-ORDERED RESTITUTION IN THAT LOCKET HAS ONLY SUBMITTED TWO PAYMENTS FOR A TOTAL OF $180.85. SPECIAL CONDITION, GRADE C VIOLATION.

(Rev. eVOP 3/10/05)

Lockett, Warren																	36382 - Michael R. Cox

2

U.S. Probation Officer Recommendation:

The term of supervision should be:

Revoked

Extended for year(s), for a total term of years.

The conditions of supervision should be modified as follows:

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

Michael R. Cox
Sr. U.S. Probation Officer
212-805-5112

Approved By: _____ 7/6/05
Paul Wodeshick     Date
Supervising U.S. Probation Officer

(Rev. eVOP 3/10/05)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

[ ] Court approves U.S. Probation Officer's recommendation

or

THE COURT ORDERS:

[ ] The Issuance of a Summons
    The Offender is directed to appear as follows:

    Date: _____
    Time: _____
    Place: _____

[✓] The Issuance of a Warrant
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

_____
Signature of Judicial Officer

7/7/05
Date

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

(Rev. sVOP 3/10/05)